NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA
California Bar No. 274184
Assistant United States Attorney
Asset Forfeiture Section
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-3391
   Facsimile: (213) 894-0142
   E-mail: John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>           v.<br><br>$1,750,000.00 IN PROCEEDS OF THE SALE OF REAL PROPERTY,<br><br>      Defendant. | No. 18-7578<br><br>VERIFIED COMPLAINT FOR FORFEITURE<br><br>[21 U.S.C. § 881(a)(6) and<br>18 U.S.C. § 981(a)(1)(A) and (C)]<br><br>[D.E.A.] |

     The United States brings this claim against the defendant $1,750,000.00 in proceeds of the sale of real property, and alleges as follows:

**JURISDICTION AND VENUE**

    1.  This is a civil forfeiture action brought pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C).

2. This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C § 1395(b).

**PERSONS AND ENTITIES**

4. The plaintiff is the United States of America.

5. The defendant is $1,750,000.00 in bank funds (the "defendant funds") held in the City National Bank Client Trust Account of Andrues Podberesky at 818 W. 7th Street, Suite 960, Los Angeles, California 90017, derived from the sale of real property commonly known as Real Property in Beverly Hills, California ("Beverly Hills Property").[1] In approximately the summer of 2017, when the Beverly Hills House was sold, the titleholder of the Beverly Hills House was Gerald "Jerry" M. Lebowitz, Trustee of the "Marissa Shealy Qualified Residence Trust," dated September 11, 2008 (the "Shealy Trust").[2]

6. On March 17, 2017, pursuant to a plea agreement entered into in the Central District of California, Gerald Marshall Lebowitz ("Lebowitz") plead guilty to violations of 21 U.S.C §§ 841(a)(1), (B)(1)(C)(possession with intent to distribute methaqualone) and 18 U.S.C § 1956(h) (conspiracy to commit money laundering); and on June 5, 2017, Lebowitz was sentenced to serve 18 months in prison for such violations. *See United States v. Gerald Marshall Lebowitz, aka "Jerry M. Lebowitz," aka "Michael Levich," et al.,* Case No. CR 17-00053-CAS. Attached hereto and incorporated herein as "Attachment A" and

---

[1] Pursuant to Local Rule 5.2-1 only the city and state of residences are set forth in this Complaint.

[2] The government and the Trustee of the Shealy Trust have negotiated a resolution of the Shealy Trust's potential claim in this matter, and, following the claims period, the government intends to file a consent judgment that will resolve this case.

"Attachment B," respectively, are conformed copies of the information and plea.

7.   Lebowitz is the trustee of both the "Lebowitz Family Trust," dated July 17, 1990, as well as the Shealy Trust.

8.   The interests of Lebowitz, Shealy, and the Shealy Trust may be adversely affected by these proceedings.  However, pursuant to an agreement with the government, Lebowitz, his daughter, Marissa Shealy ("Shealy"), and the Shealy Trust each have agreed not to contest forfeiture of the defendant funds.

**FACTS SUPPORTING FORFEITURE**

9.   As described above, in his plea agreement, Lebowitz admitted to trafficking narcotics and thereafter laundering the narcotics sales proceeds.  Prior to Lebowitz's guilty plea, law enforcement agents seized cash, U.S. savings bonds, and silver and gold coins in the aggregate value of approximately $5.6 million, all of which assets Lebowitz has admitted were derived from his trafficking of narcotics.

10.   Drug Enforcement Administration ("DEA"), Financial Investigations Group ("FIG"), Senior Investigator Charles Mullaly ("SI Mullaly") reviewed Lebowitz's financial history, Citibank N.A. bank accounts, loan records, and credit card accounts.  SI Mullaly's review of Lebowitz's financial documents adduced the following:

   a.   SI Mullaly reviewed the California Board of Equalization and California Secretary of State's websites for information related to Lebowitz.  From this review, SI Mullaly found that Lebowitz has no obvious sources of income to support the assets seized during this investigation other than Lebowitz's admitted narcotics trafficking.

b.  Between October 2013 and December 2015, Lebowitz purchased multiple U.S. Postal Money Orders in increments of $1,000.00, which Postal Money Orders Lebowitz then deposited into his Citibank personal loan account '0591 (the "Citibank Account").[3] Additionally, between January 2013 and January 2016, primarily using $100 denomination bills, Lebowitz made a substantial number of cash deposits into the Citibank Account.

c.  During the period from January 2013 through January 2016, Lebowitz used funds drawn from the Citibank Account to pay for the planning, engineering, construction expenses, and building materials used to build a house on the Beverly Hills Property (the "Lebowitz Beverly Hills Residence").  During this same period, Lebowitz also made property tax payments on the Beverly Hills Property using funds drawn from the Citibank Account.

d.  During the period of 2013 to 2015, Lebowitz maintained a Citibank personal credit card account '6232 ("Citibank Credit Card").  Throughout this time, primarily using $100 denomination bills and Postal Money Orders, Lebowitz paid down debt on the Citibank Credit Card, which was used to pay for the planning, engineering, construction expenses and the purchase of building materials needed to complete the Lebowitz Beverly Hills residence.

11.  On or about November 12, 2015, during a traffic stop, law enforcement officers conducted a search of Lebowitz's vehicle. Inside, officers discovered approximately $70,000 in U.S. currency concealed within a black computer bag wedged between the center

---

[3] Pursuant to Federal Rule of Civil Procedure 5.2(a)(4), only the last four digits of the bank account are set forth in this complaint.

4

console and front passenger seat.  Lebowitz stated that the $70,000.00 was to be used to pay for construction expenses stemming from renovations to the residence listed on his driver's license, which was the Lebowitz Beverly Hills Residence.  During the course of this investigation, Lebowitz eventually admitted that this $70,000 was money he held in a privately rented vault in order to conceal the funds from law enforcement and the Internal Revenue Service.[4]

12.   Plaintiff alleges that the defendant funds are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C) because the defendant funds are traceable to monies furnished in one or more exchanges for a controlled substance or listed chemical, in violation of 21 U.S.C. § 841 et seq.

13.   Plaintiff further alleges that the defendant funds constitute or are derived from funds involved in one or more violations of 18 U.S.C. § 1956(h).  The defendant funds is, therefore, subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

///

///

---

[4] This currency was subsequently administratively forfeited.

WHEREFORE, plaintiff United States of America prays:

(a)  that due process issue to enforce the forfeiture of the defendant funds;

(b)  that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c)  that this Court decree forfeiture of the defendant funds to the United States of America for disposition according to law; and

(d)  for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: August 30, 2018

NICOLA HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/ John J. Kucera
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# VERIFICATION

I, Justin W. Carlson, hereby declare that:

1. I am a Special Agent with the Drug Enforcement Administration ("DEA") and I am the case agent for the forfeiture matter entitled *United States v. $1,750,000.00 In Proceeds of the Sale of Real Property*.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 29, 2018 in Los Angeles, California.

_____
Justin W. Carlson
Special Agent, DEA