UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>$1,750,000.00 IN PROCEEDS OF THE SALE OF REAL PROPERTY,<br><br>    Defendant.<br>_____<br>GERALD LEBOWITZ,<br><br>    Claimant. | NO. CV 18-07578-CAS (ASx)<br><br>~~[PROPOSED]~~<br>**CONSENT JUDGMENT OF FORFEITURE** |

    Plaintiff, the United States of America, and Claimant Gerald Lebowitz ("claimant") have stipulated to a request for the entry of this Consent Judgment, resolving this action in its entirety. On August 31, 2018, the government commenced this action seeking to forfeit $1,750,000.00 in proceeds of the sale of real property (the "defendant funds"), and the government provided notice in accordance with law. On October 4, 2018, claimant filed a verified claim. No other claims or answers have been filed, and the time for filing

claims and answers has expired.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1.  The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Claimant, from whom the defendant funds were seized, has agreed to forfeit $1,750,000.00 (that is, the entirety of the defendant funds). The government has not received any additional claims or answers, and the time for filing claims and answers has expired. This Court has jurisdiction over the parties and the defendant. Other than claimant, any potential claimants are deemed to have admitted the allegations in the complaint. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by claimant, nor should this consent judgment be admitted in any criminal proceeding against claimant to prove any of the facts relied upon to establish reasonable cause for the seizure of the defendant.

2.  The defendant funds (that is, $1,750,000.00), together with all interest earned by the government, is hereby forfeited to the United States, and no other right, title, or interest shall exist therein. The government is ordered to dispose of the forfeited property in accordance with law.

5.  The Court finds that there was reasonable cause for the seizure of the defendant funds and the institution of this action. This judgment constitutes a certificate of reasonable cause pursuant

to 28 U.S.C. § 2465.

6. Each of the parties shall bear its own fees and costs in connection with the seizure of the defendant and this action.

IT IS SO ORDERED.

Dated: 1/8/2019

_____
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Prepared by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/John J. Kucera
_____
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA